

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster Jr.,
Appellants

v.

**KNIGHTHAWK, LLC, SERIES G**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

       After this court granted appellee's first motion for extension of time to file its brief, the brief was due June 3, 2016. Appellee has now filed a second motion for extension of time, asking for an another thirty days in which to file its brief. We **GRANT** appellee's motion and **ORDER** appellee to file its brief in this court on or before July 5, 2016.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court